1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**EASTERN DIVISION**

11   **DERION DAVON LEE,**                              )
                                                        )
12                        **Petitioner,**               )     **No. EDCV 11-325-JAK (RCF)**
                                                        )
13            **v.**                                    )     **ORDER ACCEPTING REPORT**
                                                        )     **REPORT AND RECOMMENDATION OF**
14   **L.S. McEWEN, Warden,**                           )     **UNITED STATES MAGISTRATE JUDGE**
                                                        )
15                        **Respondent.**               )
     ───────────────────────────────────────           )
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and

18   the Report and Recommendation of United States Magistrate Judge, as well as Petitioner's

19   objections to the Report.  The Court has engaged in a *de novo* review of those portions of the

20   Report to which Petitioner has objected.  The Court accepts the findings and recommendations

21   of the Magistrate Judge.

22          LET JUDGMENT BE ENTERED ACCORDINGLY.

23

24   DATED:  12/5/2012

25

26   JOHN A. KRONSTADT
     UNITED STATES DISTRICT JUDGE

27
28