UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DERION DAVON LEE,<br><br>    Petitioner,<br><br>    v.<br><br>L.S. McEWEN, Warden,<br><br>    Respondent. | No. EDCV 11-325-JAK (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: 12/5/2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE